1  John M. Porter, SB# 62427
   **LEWIS BRISBOIS BISGAARD & SMITH  LLP**
2  650 East Hospitality Lane, Suite 600
   San Bernardino, California 92408
3  Telephone: (909) 387-1130
   Facsimile: (909) 387-1138
4  E-mail: PORTER@LBBSLAW.COM

5  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

11 STEVEN ROLAND CLOUD, et al.    )  NO. ED CV 07-00136 GW (JCRx)
                                  )
12         Plaintiffs,             )  NOTICE OF SETTLEMENT;
                                  )  WITHDRAWAL OF MOTION FOR
13     v.                          )  SUMMARY JUDGMENT; and
                                  )  SUGGESTION TO VACATE OR
14 CITY OF RIVERSIDE, et al.,     )  CONTINUE POST-MEDIATION
                                  )  STATUS CONFERENCE
15         Defendants.             )  and ORDER THEREON
                                  )
16 _____ )

17     This case settled on Tuesday, January 22, 2008.

18     Defendants withdraw their motion for summary judgment now on calendar for

19 February 11, 2008.

20     It will take the parties about 21 days to exchange and complete closing papers,

21 deliver settlement payment, and file the dismissal with the Court.

22     It is respectfully submitted that the Post-Mediation Status Conference now on

23 calendar for January 24, 2008 be vacated or continued about 30 days.

25 DATED: January 23, 2008        **LEWIS BRISBOIS BISGAARD & SMITH,  LLP**

27         By: _____
               John M. Porter
               Attorneys for Defendants

4830-2661-7602.1                  -1-
                          NOTICE OF SETTLEMENT, ETC. AND [PROPOSED] ORDER

*CLOUD v. CITY OF RIVERSIDE,* USDC CASE NO. ED CV 07-00136 GW (JCRx)

### ORDER

Good cause appearing therefor

**IT IS ORDERED** that:

The hearing on defendants' Motion for Summary Judgment is **VACATED**.

The Post-Mediation Status Conference is **CONTINUED** to February 21, 2008 at 8:30 a.m. Said hearing will be vacated upon the filing of the dismissal with prejudice of the entire action.

DATED: January 30, 2008    _____
Hon. George Wu
United States District Judge

# PROOF OF SERVICE
Cloud v. City of Riverside - File No. 24965-042

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, California 92408.

On January 23, 2008, I served the following document described as **NOTICE OF SETTLEMENT; WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT; and SUGGESTION TO VACATE OR CONTINUE POST-MEDIATION STATUS CONFERENCE and [ *proposed* ] ORDER THEREON** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for plaintiffs**
Brian T. Dunn, Esq.
THE COCHRAN LAW FIRM
4929 Wilshire Blvd., Suite 1010
Los Angeles, CA 90010
Tel: 323/931-6200
Fax: 323/931-9521

**Co-Counsel for plaintiffs:**
Andrew I. Roth, Esq.
LAW OFFICE OF ROTH & BLUMENFELD
3750 University Avenue, Suite 220
Riverside, CA 92501
Tel: 951/781-3163
Fax: 951/781-3892

**Co-Counsel for defendants City of Riverside, David Johansen and Nicholas Vasquez**
Gregory P. Priamos, City Attorney
James E. Brown, Supervising Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
CITY OF RIVERSIDE
3900 Main Street, Fifth Floor
Riverside, CA 92522
Tel: (951) 826-5567
Fax: (951) 826-5540

**Co-Counsel for defendants City of Riverside, David Johansen and Nicholas Vasquez**
Timothy T. Coates, Esq.
Greines, Martin, Stein & Richland
5700 Wilshire Blvd., Suite 375
Los Angeles, CA 90036
Tel: 310/859-7811
Fax: 310/276-5261

**Mediator - Courtesy copy**
Ivan K. Stevenson
Confidential Mediation and Dispute Resolution
3868 West Carson St., Suite 304
Torrance, CA 90503

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

1  [X] (FEDERAL) I declare that I am employed in the office of a member of the bar
2       of this Court at whose direction the service was made.
3       Executed on January 23, 2008, at San Bernardino, California.

                                                    _____
                                                    Viridiana Beauregard

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130